

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

| | | |
|---|---|---|
| ASHLEY WRIGHT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.  4:02cv363-SPM** |
| | ) | |
| WAFFLE HOUSE, INC. | ) | |
| A Georgia Corporation, | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>DEFENDANT'S MOTION FOR SUMMARY JUDGMENT</u>

Defendant, Waffle House, Inc., by and through its attorneys, pursuant to

Fed.R.Civ.P. 56 and LR 56.1, N.D. Fla., respectfully move this Court to grant summary

judgment against Plaintiff Ashley Wright on all of counts in her Complaint.  In support of

its Motion, Defendant relies upon its attached Memorandum of Law in Support of Its

Motion for Summary Judgment and its Statement of Undisputed Facts.

WHEREFORE, Defendant prays that it be awarded summary judgment.





**53**

This 26th day of June, 2003.

JACKSON LEWIS LLP

1900 Marquis One Tower
245 Peachtree Center Avenue, NE
Atlanta, Georgia  30303-1226
Tel: (404) 525-8200
Fax:    (404) 525-1173

By:    _____
Kurt N. Peterson
Georgia Bar No. 574408

LOCAL COUNSEL

Richard A. Greenberg
Florida Bar No. 0382371
325 West Park Avenue
Tallahassee, Florida  32302-0925
Tel: (850) 681-9848
Fax: (850) 224-9800
ATTORNEYS FOR DEFENDANT

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

ASHLEY WRIGHT,                          )
                                        )
     Plaintiff,                        )
                                        )
v.                                      )     CASE NO.  4:02cv363-SPM
                                        )
WAFFLE HOUSE, INC.                      )
A Georgia Corporation,                  )
                                        )
     Defendant.                        )

## CERTIFICATE OF SERVICE

I hereby certify I have served Plaintiff with a copy of the foregoing

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, via federal express, to:

      Richard E. Johnson
      Lisa C. Lambert
      Law Offices of Richard E. Johnson
      314 West Jefferson Street
      Tallahassee, FL  32301

This 26th day of June, 2003.

_____
Kurt Peterson