UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASHLEY WRIGHT,

    Plaintiff,

v.                                          CASE NO.:4:02cv363-SPM

WAFFLE HOUSE INC.,
A Georgia Corporation,

    Defendant.
_____/

## SECOND REVISED NOTICE OF RECONVENING MEDIATION CONFERENCE

The Parties, having cancelled the continued mediation set for July 22, 2003, due to conflicting schedules, have again agreed to reconvene and continue to mediate the above captioned case before Certified Mediator J.C. O'Steen, on Friday, August 8, 2003, at 1:00 p.m. at the Offices of J.C. O'Steen, 2900 East Park Avenue, Suite A, Tallahassee, Florida 32301.

                                                            Respectfully submitted,

                                                             Richard E. Johnson
                                                             Florida Bar Number 858323

                                                             Lisa C. Lambert
                                                             Florida Bar Number 495298



67

Law Offices of Richard E. Johnson
314 West Jefferson Street
Tallahassee, Florida 32301
850/425-1997
850/561-0836 facsimile

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a correct copy of the foregoing was served by U.S. MAIL and FACSIMILE this 31st day of July, 2003, to Richard A. Greenberg, Richard A. Greenberg P.A., 325 West Park Avenue, Tallahassee, Florida 32302-0925, facsimile: 850/224-9800; Kurt N. Peterson, JACKSON LEWIS LLP, 1900 Marquis One Tower, 245 Peachtree Center Avenue, NE, Atlanta, Georgia 30303-1226, facsimile: 404/525-1173; and J.C. O'Steen, 2900 East Park Avenue, Suite A, Tallahassee, Florida 32301, facsimile: 850/877-6514.

Lisa C. Lambert

2