IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ASHLEY WRIGHT,

      Plaintiff,

CASE NO. 4:02cv363-SPM

vs.

WAFFLE HOUSE, INC.,
a Georgia Corporation,

      Defendant.
_____/

## MEDIATION REPORT

      The parties to the above cause submitted their issues to mediation on June 23, and August 8, 2003. All issues have been settled.

                                    _____
                                    J. C. O'STEEN
                                    Mediator

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to Richard E. Johnson, Esquire, at Law Offices of Richard E. Johnson, 314 West Jefferson Street, Tallahassee, Florida 32301, and Kurt N. Peterson, Esquire, at Jackson Lewis, LLP, 1900 Marquis One Tower, 245 Peachtree Center Avenue, NE, Atlanta, Georgia 30303-1226, by U. S. Mail, on this 26thday of August, 2003.

                                  _____
                                  J. C. O'STEEN, Attorney

Files/Mediation/Johnson,Richard/WrightvsWaffleHouse medreport

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

03 AUG 27 PM 2: 02

FILED